

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/2022
```

P: (212) 595-6200 | F: (212) 595-9700
Jmizrahi@mizrahikroub.com
www.mizrahikroub.com

April 12, 2022

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Abreu v. Modcup LLC;* Case No. 1:22-cv-01203-AT

Dear Judge Torres:

      We represent plaintiff Luigi Abreu ("Plaintiff") in the above-referenced action. We submit this letter to respectfully request an adjournment of the deadline to submit a joint letter and jointly proposed Case Management Plan and Scheduling Order. The parties request this adjournment since Defendant's answer was due on March 22, 2022, and they have yet to appear or contact Plaintiff. Plaintiff requests 30 days to obtain a certificate of Default as to Defendant, Modcup LLC, and to file an Order to Show Cause for Default Judgment in accordance with the Court's individual rules. This is Plaintiff's first request for such extension.

      Thank you for your consideration in this matter.

                                         Respectfully submitted,
                                         */s/ Joseph H. Mizrahi*
                                         JOSEPH H. MIZRAHI

cc:     All Counsel of Record (via ECF)

GRANTED.  By **May 12, 2022**, Plaintiff shall move for a default judgment in accordance with Attachment A of the Court's Individual Practices in Civil Cases.

SO ORDERED.

Dated: April 13, 2022
       New York, New York

                                         ANALISA TORRES
                                    United States District Judge