UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIGI ABREU, Individually, and On Behalf of All Others Similarly Situated,

                Plaintiff,

-against-

MODCUP LLC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/22/2022_

22 Civ. 1203 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 16, 2022, Plaintiff obtained a clerk's certificate of default as to Defendant Modcup LLC. ECF No. 13. Accordingly, by **July 22, 2022**, Plaintiff shall move for a default judgment in accordance with Attachment A of the Court's Individual Practices in Civil Cases.

    SO ORDERED.

Dated: June 22, 2022
       New York, New York

                                              ANALISA TORRES
                                         United States District Judge