UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
LUIGI ABREU, Individually, and On Behalf
of All Others Similarly Situated,

                      Plaintiff,

vs.

MODCUP LLC,

                      Defendant.
---------------------------------------------------------------x

Case No.: 1:22-cv-01203

**NOTICE OF VOLUNTARY DISMISSAL**

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Luigi Abreu hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendant Modcup LLC.

DATED: July 13, 2022                **MIZRAHI KROUB LLP**

                                                 /s/ Joseph H. Mizrahi
                                                JOSEPH H. MIZRAHI

JOSEPH H. MIZRAHI
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY 10281
Telephone: 212/595-6200
212/595-9700 (fax)
jmizrahi@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*